IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ROGER MILES, | |
| Plaintiff, | CIVIL ACTION NO.: 4:23-cv-138 |
| v. | |
| SOUTHERN CROSS BOAT WORKS, INC.; RAMON OTAZU; and PABLO MUNOZ, | |
| Defendants. | |

**O R D E R**

Before the Court is a Stipulation of Dismissal signed and filed by counsel for Plaintiff and counsel for Defendants on November 21, 2023, wherein the parties indicate they stipulate to the dismissal, with prejudice, of Plaintiff's Complaint, with each party to bear its own attorneys' fees and costs. (Doc. 27.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **TERMINATE** all pending motions, and to **CLOSE** this case.

**SO ORDERED**, this 27th day of November, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA